IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TREMAYNE SPILLMAN,** : <br> : <br> **Plaintiff** : <br> : <br> **v.** : <br> : <br> **DR. KOLLMAN**, *et al.,* : <br> : <br> **Defendants** : | **CIVIL NO. 3:18-CV-1568** <br><br> **(Judge Caputo)** |

# O R D E R

**AND NOW**, this **19th** day of **NOVEMBER 2019**, for the reasons set forth in the Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to Mr. Spillman's failure to prosecute and failure to comply with court order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**